## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:14-cr-00420 |
| Plaintiff, | ) | |
| | ) | Judge Christopher A. Boyko |
| - vs - | ) | |
| | ) | **O R D E R** |
| CHAUNCY D. DENNIS, | ) | |
| Defendant. | ) | |

This matter was heard on August 9, 2021 for hearing on the Government's request for revocation of Defendant Chauncy D. Dennis' supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge Thomas M. Parker on July 12, 2021, at which defendant admitted to the violation contained in the Violation Report. The Magistrate Judge issued a Report and Recommendation on July 12, 2021. The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of Supervised Release as to Violation No. 1, Unauthorized Use of Drugs.

Defendant's supervision to continue with the same conditions as previously imposed.

IT IS SO ORDERED.

*/s/ Christopher A. Boyko*
Christopher A. Boyko
Senior U. S. District Judge